UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-cr-0357-MCE |
|     Plaintiff, | |
|   v. | **RELATED CASE ORDER** |
| RICHIE MISHAL, ET AL., | |
|     Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:07-cr-0105-EJG |
|     Plaintiff, | |
|   v. | |
| RICHIE AHMED MISHAL, | |
|     Defendant. | |

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

1

1 | Accordingly, the assignment of the matters to the same judge is
2 | likely to effect a substantial savings of judicial effort and is
3 | also likely to be convenient for the parties.
4 |     The parties should be aware that relating the cases under
5 | Local Rule 83-123 merely has the result that both actions are
6 | assigned to the same judge; no consolidation of the action is
7 | effected.  Under the regular practice of this court, related
8 | cases are generally assigned to the district judge and magistrate
9 | judge to whom the first filed action was assigned.
10 |    IT IS THEREFORE ORDERED that the action denominated
11 | 2:07-cr-0105-EJG, U.S. v. Richie Ahmed Mishal is reassigned to
12 | Judge Morrison C. England, Jr. for all further proceedings, and
13 | any dates currently set in this reassigned case only is hereby
14 | VACATED.  Henceforth, the caption on documents filed in the
15 | reassigned case shall be shown as 2:07-cr-0105-MCE.
16 |    IT IS FURTHER ORDERED that the Clerk of the Court make
17 | appropriate adjustment in the assignment of criminal cases to
18 | compensate for this reassignment.
19 |    IT IS SO ORDERED.
20 | Dated: March 26, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE