```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assisteant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-00357-MCE |
| --- | --- | --- |
| | ) | No. 2:07-cr-00105-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION AND ORDER |
| | ) | RE: UNSEALING OF PLEA |
| RICHIE MISHAL, | ) | AGREEMENT |
| aka Akram Abdellatif, | ) | |
| aka Tom Hanney, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

COMES NOW Carolyn K. Delaney, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On March 27, 2007, the defendant entered guilty pleas in the above-captioned cases.

2. At the government's request the plea agreement was sealed.

///

1

3.  The government now requests that the plea agreement be unsealed.  The undersigned represents that she has conferred with defense counsel who have no objection to the unsealing.

THEREFORE, your petitioner prays that the aforesaid plea agreement, filed on March 27, 2007, be unsealed.

DATED: June 30, 2008

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Carolyn K. Delaney
by  _____
CAROLYN K. DELANEY
ASSISTANT U.S. ATTORNEY

**ORDER**

IT IS HEREBY ORDERED that the document filed on March 27, 2007, in the above-captioned matters be unsealed forthwith.

Dated: July 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE