LAWRENCE G. BROWN
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:04-cr-00357-MCE, and |
| | ) | 2:07-cr-00105-MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING SENTENCING DATE** |
| | ) | |
| RICHIE MISHAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from April 30, 2009, to October 15, 2009, at 9:00 a.m. The reason for the request is to allow the defendant to complete the terms of his plea agreement.


LAWRENCE G. BROWN
Acting United States Attorney

Date: April 28, 2009          /s/ Richard J. Bender
RICHARD J. BENDER
Assistant United States Attorney

///

///

///

1

Date: April 28, 2009                    /s/ Richard J. Bender for
                                        HAYES H. GABLE, III
                                        Attorney for Defendant


        IT IS SO ORDERED.

  Dated:  April 29, 2009


                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE