1  LAWRENCE G. BROWN
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

5

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   2:04-cr-00357-MCE
                                )   2:07-cr-00105-MCE
12           Plaintiff,         )
                                )
13      v.                      )
                                )   STIPULATION AND ORDER
14                              )
   RICHIE MISHAL,               )
15                              )
             Defendant.         )
16 _____)

17      IT IS HEREBY stipulated between the United States of America

18 through its undersigned counsel, Carolyn K. Delaney, Assistant

19 United States Attorney, together with the defendant and his

20 counsel, David W. Dratman and Hayes Gable III, that the

21 sentencing currently scheduled for October 15, 2009, be vacated

22 and a sentencing hearing be scheduled for Thursday, January 28,

23 2010.

24      It is further stipulated and agreed between the parties that

25 the following schedule be adopted:

26      1.   The matter is referred to Probation:    10/15/09

27      2.   Judgment and sentencing date:           1/28/10

28

                                    1

|   |     |                                                                                                                                                              |           |
|---|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|   | 3.  | Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:       | 1/21/10   |
|   | 4.  | The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:                                                                | 1/14/2010 |
|   | 5.  | Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:                      | 1/07/2010 |
|   | 6.  | The Proposed Pre-Sentence Report shall be disclosed to counsel no later than:                                                                                | 12/24/09  |

Dated: October 14 , 2009              Respectfully submitted,

                                      LAWRENCE G. BROWN
                                      U.S. Attorney

                                      /s/ Carolyn K. Delaney

                                      CAROLYN K. DELANEY
                                      Assistant U.S. Attorney

Dated: October 14 , 2009              /s/ David W. Dratman

                                      DAVID W. DRATMAN


                                      /s/ Hayes H. Gable III

                                      HAYES H. GABLE III
                                      Attorneys for Richie Mishal

**ORDER**

**IT IS HEREBY ORDERED:** that the sentencing currently scheduled for October 15, 2009, be vacated and a sentencing hearing be scheduled for Thursday, January 28, 2010.

It is ordered that the following schedule be adopted:

1. The matter is referred to Probation:  10/15/09
2. Judgment and sentencing date:  1/28/10
3. Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:  1/21/10
4. The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:  1/14/2010
5. Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  1/07/2010
6. The Proposed Pre-Sentence Report shall be disclosed to counsel no later than:  12/24/09

Dated: October 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3