UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Morrison C. England          **RE:  Richie Mishal**
Chief, United States District Judge          **Docket Number:  0972 2:04CR00357-001**
Sacramento, California                    **Docket Number:  0972 2:07CR00105-001**
                                          **PERMISSION TO TRAVEL**
                                          **OUTSIDE THE COUNTRY**


Your Honor:


Richie Mishal is requesting permission to travel on a family vacation to Amman, Jordan, in November, 2014.    Mr. Mishal is current with all supervision obligations, and the probation officer recommends approval be granted. Mr. Mishal was granted a term of supervised release in both cases and his only financial obligation were the special assessments, in both cases, which have been paid in full.


**Conviction and Sentencing Date:**     On May 5, 2011, Richie Mishal was sentenced in Docket Number 2:04CR00357-01, for the offense(s) of Conspiracy to Import, Possess, and Distribute a List 1 Chemical Knowing and Having Reasonable Cause to Believe that it will be used to make a Controlled Substance in violation of 21 USC 846; 841 (c)(20) and 960 (d) (3), Count 1; Conspiracy to Launder Money, International Money Laundering in violation of 18 USC 1956(h), and 1956 (a)(2)(A), Count 7; Conspiracy to Structure Transactions to Avoid Reporting Requirements in violation of 18 USC 371, 31 USC 5324(a)(1) and 5324 (a) (3),Count 14 and Criminal Forfeiture, in violation of 21 USC 853(a), 18 USC 982(a)(1) and 31 USC 5317(c)(1), all Class C Felonies.  Also, on May 5, 2011, Richie Mishal was sentenced in Docket Number 2:07CR00105-01, for the offense (s) of Possession and Distributing a Listed Chemical Knowing and Having Reasonable Cause to Believe that it would be used in Manufacture Methamphetamine in violation of 21 USC 841 (c) (2), Count 3, a Class C felony and Criminal Forfeiture in violation of 21 USC 853..

REV.  05/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

RE:   **Richie Mishal**
      **Docket Number:  0972 2:04CR00357-001**
      **Docket Number:  0972 2:07CR00105-001**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Sentence Imposed:**  Mr. Mishal was sentenced to 108 months to be served concurrently in both cases.  He was placed on supervised release for a total of 36 months, to run concurrently in both cases.  He was ordered to pay a special assessment of $300 in Docket Number 2:04CR00357-01 and $100 in Docket Number 2:07CR00105-01. Special Conditions: Cooperate in the collection of DNA testing; no firearms; Search; Provide access to any financial information; participate in outpatient correctional treatment program to obtain assistance for drug or alcohol abuse; participate in program of drug and or alcohol testing; not possess a paging device or cellular phone without advance permission of the probation officer and provide all billing records.; abstain from alcohol use; mental health treatment; Co payment for treatment; provide business and personal phone records; disclose all existing telephone line and cable service providers; drug registration; and not associate with any co-defendants or other persons involved on the conspiracy.

**Dates and Mode of Travel:**  November 2014, Airlines

**Purpose:**  To spend time with family.

REV.  09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

RE:    **Richie Mishal**
        **Docket Number:  0972 2:04CR00357-001**
        **Docket Number:  0972 2:07CR00105-001**
        <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

**/s/ Michael A. Sipe**
    **For**
        **SHARI R. SIMON**
      **U.S. Probation Officer**


Dated:    October 6, 2014
         Roseville, California
         SRS


/s/ Michael A. Sipe

_____

**Michael A. Sipe**
**Supervising United States Probation Officer**

**REVIEWED BY:**

===================================================

### ORDER OF THE COURT

☒    Approved    ☐    Disapproved


**Dated:  October 24, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

REV.   09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX